IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HANNAH ALEXIS GUTIERREZ-SALDANA,

    Plaintiff,

v.  No. 1:23-cv-1108 DLM

MARTIN O'MALLEY, Commissioner,
Social Security Administration,

    Defendant.

## JUDGMENT

**THIS MATTER** is before the Court following the entry of the Order granting Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. 24.)

**IT IS THEREFORE ORDERED** that judgment is entered in favor of Plaintiff Hannah Alexis Gutierrez-Saldana under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on July 22, 2024 (Doc. 24).

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE